# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Marquette Commercial Finance, a division of Marquette Transportation Finance, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>Austal USA, LLC,<br><br>    Defendant. | Case No. _____<br><br>**NOTICE OF REMOVAL** |

Defendant, Austal USA, LLC ("Austal"), by its attorneys and pursuant to 28 U.S.C. 1441 *et seq.*, hereby gives notice of removal of this action from the Fourth Judicial District Court for Hennepin County, Minnesota to this Court. As grounds for removal, Austal states as follows:

## I.  Factual and Procedure Background

Austal USA, LLC ("Austal") is the Defendant in a civil action styled *Marquette Commercial Finance, a division of Marquette Transportation Finance, LLC v. Austal USA, LLC* ("the State Court Action"). The matter is captioned in the Fourth Judicial District Court for Hennepin County, Minnesota. The Complaint has not been filed.

Defendant, Austal, was served with a Summons and a copy of the Complaint on November 17, 2016. Austal has not answered or otherwise defended in response to the Complaint because a response from Austal is not yet due. True and accurate copies of all process, pleadings, and orders are attached as Exhibit A.

4816-1086-5213

In the State Court Action, as set forth in the Complaint, Plaintiff claims it sustained damages as a result of a breach of contract. As a result, Plaintiff seeks compensation in the amount of $582,889.52.

## II. The Procedural Requirements For Removal Have Been Satisfied

This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b), which allows a defendant to remove a case within thirty days after receipt by the defendant, through service or otherwise, of a copy of the initial pleading, but no later than one year after commencement of the action. As the Fourth Judicial District Court for Hennepin County, Minnesota is within this Court's district and division, this action is properly removable to this Court pursuant to 28 U.S.C. § 1441(a) because it is the "district and division embracing the place where [the state] action is pending."

Written notice of the filing of this Notice of Removal, together with a copy of the Notice of Removal and supporting papers, is also being served on Plaintiff's counsel contemporaneous with this filing and will be filed with the Clerk of the Fourth Judicial District Court for Hennepin County, Minnesota, as required by 28 U.S.C. § 1446(d). All procedural requirements for removal under 28 U.S.C. §§ 1441 and 1446 have been satisfied.

## III. Removal Is Proper In This Case

This Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1332 for the reasons set forth below:

### A. Complete Diversity Exists

Plaintiff is a Missouri-based company, with its principal place of business in the State of Minnesota. Defendant, Austal, is an Alabama Limited Liability Company with a principal place of business in the State of Alabama. The sole member of the Limited Liability Company is Austal Holdings, Inc., an Alabama corporation with its principal place of business in the State of Alabama. Austal Holdings, Inc., is a wholly-owned subsidiary of Austal Limited, a company organized and existing under Australian law.

Thus, complete diversity exists between Plaintiff and Defendant.

### B. The Amount In Controversy Exceeds $75,000

The Complaint seeks damages in the amount of $582,889.52. Where a complaint sets forth a specific amount of damages in excess of the jurisdictional amount, then the plaintiff's allegations are controlling. *See Sanchez v. Monumental Life Ins. Co.*, 102 F.3d 398, 402 (9th Cr. 1996) ("The sum claimed by the plaintiff controls if the claim is apparently made in good faith.") (internal citation omitted). Thus, the amount in controversy requirement is satisfied.

WHEREFORE, Defendant Austal USA, LLC states that this action is properly removable and respectfully notifies this Court, Plaintiff, and the District Court of the Fourth Judicial Circuit, Hennepin County that this action has been removed to the United States District Court for the District of Minnesota.

| | |
|---|---|
| Dated: December 7, 2016 | Respectfully submitted,<br>Austal USA, LLC<br><br>NILAN JOHNSON LEWIS PA<br><br>/s/ Brian N. Johnson<br>Brian N. Johnson – Reg. No. 132767<br>Brandie L. Morgenroth – Reg. No. 396155<br>120 South Sixth Street, Suite 400<br>Minneapolis, MN 55402<br>Telephone: (612) 305-7500<br>Facsimile: (612) 305-7501<br>bnjohnson.com@nilanjohnson.com<br>bmorgenroth@nilanjohnson.com<br><br>ATTORNEYS FOR DEFENDANT |

4816-1086-5213